PEB: USAO USAO2017R00014

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. MJG-17-0279 |
| v. | (Production of Child Pornography, 18 U.S.C. § 2251(a); Advertising Child Pornography, 18 U.S.C. § 2251(d); Coercion and Enticement, 18 U.S.C. § 2422(b); Cyberstalking, 18 U.S.C. § 2261A(2)(b); Transfer of Obscene Materials, 18 U.S.C. § 1470; Penalties for Registered Sex Offenders, 18 U.S.C. § 2260A) |
| PIERE CERADOY, | |
| Defendant. | |

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2017 MAY 23 PM 5: 11

CLERK'S OFFICE
AT BALTIMORE

DEPUTY

## INDICTMENT

### COUNT ONE
(Production of Child Pornography)

The Grand Jury for the District of Maryland charges that:

From on or about February 2016 through on or about April 9, 2017, in the District of Maryland, the defendant,

**PIERE CERADOY,**

knowingly attempted to and did employ, use, persuade, induce, entice, and coerce Jane Doe, a minor female, to engage in any sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such, and the visual depiction would have been produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and the defendant knew and had reason to know that such visual depictions would have been transported and transmitted using any means and facility of interstate and foreign commerce, that is, **CERADOY** requested Jane Doe, a minor female, to produce images of Jane Doe's exposed genitals.

18 U.S.C. § 2251(a)

1

## COUNT TWO
(Production of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

From on or about February 2016 through on or about April 9, 2017, in the District of Maryland, the defendant,

### PIERE CERADOY,

knowingly attempted to and did employ, use, persuade, induce, entice, and coerce Jane Doe, a minor female, to engage in any sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of transmitting a live visual depiction of such conduct, and the visual depiction would have been produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and the defendant knew and had reason to know that such visual depictions would have been transported and transmitted using any means and facility of interstate and foreign commerce, that is, **CERADOY** requested Jane Doe, a minor female, to transmit a live video of Jane Doe's exposed genitals.

18 U.S.C. § 2251(a)

## COUNT THREE
(Advertising Child Pornography)

The Grand Jury for the District of Maryland further charges that:

From on or about February 2016 through on or about April 9, 2017, in the District of Maryland, the defendant,

### PIERE CERADOY,

knowingly made, printed, and published notices and advertisements seeking and offering to receive, exchange, buy, produce, display, distribute and reproduce visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct and which depictions would be of such conduct, and such notices and advertisements were transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, that is, by computer via the internet.

18 U.S.C. § 2251(d) and (e)

## COUNT FOUR
(Coercion and Enticement)

The Grand Jury for the District of Maryland further charges that:

From on or about February 2016 through on or about April 9, 2017, in the District of Maryland, the defendant,

### PIERE CERADOY,

using any facility and means of interstate and foreign commerce, knowingly attempted to and did persuade, induce, entice, and coerce Jane Doe, who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense.

18 U.S.C. §§ 2422(b), 2427

## COUNT FIVE
(Cyberstalking)

The Grand Jury for the District of Maryland further charges that:

From on or about February 2016 through on or about April 9, 2017, in the District of Maryland, the defendant,

**PIERE CERADOY,**

with the intent to injure, harass, and intimidate, used any interactive computer service and electronic communication service and electronic communication system of interstate commerce and any other facility of interstate and foreign commerce, including the internet and text messaging, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause, substantial emotional distress to Jane Doe and an immediate family member of Jane Doe.

18 U.S.C. § 2261A(2)(b)

## **COUNT SIX**
(Transfer of Obscene Matter to a Minor)

The Grand Jury for the District of Maryland further charges that:

From on or about February 2016 through on or about April 9, 2017, in the District of Maryland, the defendant,

### **PIERE CERADOY,**

did, by any facility and means of interstate and foreign commerce, knowingly transfer and attempt to transfer obscene matter to another individual who had not attained the age of 16 years, knowing that the other individual had not attained the age of 16 years.

18 U.S.C. § 1470

## COUNT SEVEN
(Penalties for Registered Sex Offenders)

The Grand Jury for the District of Maryland further charges that:

From on or about February 2016 through on or about April 9, 2017, in the District of Maryland, the defendant,

**PIERE CERADOY,**

committed the felony offenses involving a minor charged in Counts One through Four and Six of this Indictment at times defendant **CERADOY** was required to register as a sex offender under the laws of the States of Maryland.

18 U.S.C. § 2260A

7

## SPECIAL ALLEGATIONS

The Grand Jury for the District of Maryland further charges that:

Prior to February 2016, the defendant,

### PIERE CERADOY,

had two prior conviction under the laws of any State relating to the sexual exploitation of children, to wit:

1. In approximately 2005, **PIERE CERADOY** was convicted of Possession of Child Pornography in violation of Section 11-208(a) of the Maryland Criminal Article, under Case Number 02-K-05-002259 in the Circuit Court for Anne Arundel County; and

2. In approximately November 2014, **PIERE CERADOY** was convicted of Attempted Sexual Exploitation of a Minor, in violation of 9.68A.040(1)(a)(b) and 9A.28.020(1) of the Revised Code Washington, under case number 14-1-00116-6, in the Cowlitz County Superior Court, Washington.

18 U.S.C. § 2251(e)

*Stephen M. Schenning*
Stephen M. Schenning
Acting United States Attorney

A TRUE BILL
**SIGNATURE REDACTED**
/Foreperson

Date: May 23, 2017

8